UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

IN RE: KENNETH LUIS DELFINO, JR.

**JUDGMENT**
No. 2:16-CV-72-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court finds that the appellant failed to file the designation of items to be included in the record on appeal as required by Ruie 8006 of the Federal Rules of Bankruptcy Procedure. By memorandum dated September 21, 2016, the bankruptcy court directed the appellant's attention to this rule; however the designation has not been filed. Accordingly, the notice of appeal filed by Kenneth Luis Delfino, Jr. filed September 21, 2016 is hereby DISMISSED.

**This Judgment Filed and Entered on February 22, 2017, and Copies To:**

| | |
|---|---|
| Kenneth Luis Delfino, Jr. | (Sent to P.O. Box 492, Rodanthe, NC 27968 via US Mail) |
| Stephen Troy Staley | (via CM/ECF electronic notification) |

DATE

February 22, 2017

**JULIE RICHARDS JOHNSTON, CLERK**

By:  /s/ Nicole Briggeman

Deputy Clerk